IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HERMAN H. LEFORS, JR.,**                                                                 **PLAINTIFF**
**ODOC #112524**

**v.**                  **Case No. 3:14-cv-00138-KGB-JJV**

**DAN LANGSTON, et al.**                                                          **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

SO ADJDUGED this the 30th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE